AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia ▼

| | |
|---|---|
| Gouyen Brown Lopez; Sinetta Lopez, on behalf of herself and her minor child L.B.; Nomie Brown; Angela Kinsey, on behalf of herself and her minor children V.K. and M.K. <br><br> *Plaintiff(s)* <br><br> v. <br><br> United States of America, United States Department of Agriculture, United States Forest Service, Brooke Rollins, Tom Schultz <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States Forest Service
U.S. Department of Agriculture
1400 Independence Ave., SW
Washington, D.C. 20250-0003


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
C. Josh Myers
101 Constitution Ave. NW, Suite 900
Washington, DC 20001


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*