UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOUYEN BROWN LOPEZ, SINETTA LOPEZ, on behalf of herself and her minor child L.B., NOMIE BROWN, and ANGELA KINSEY, on behalf of herself and her minor children V.K. and M.K.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF AGRICULTURE, UNITED STATES FOREST SERVICE, BROOKE ROLLINS, and TOM SCHULTZ,<br><br>    Defendants. | Civil Action No. 25-CV-02408<br><br>**NOTICE OF APPEARANCE** |

TO: The Clerk of Court and All Parties of Record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Putative Defendant-Intervenor Resolution Copper Mining LLC.

Dated: July 25, 2025.

Respectfully submitted,

By: */s/ Michael R Huston*
    Michael R. Huston (D.C. Bar No. 1012841)
    PERKINS COIE LLP
    2525 E. Camelback Road, Suite 500
    Phoenix, Arizona 85016-4227
    MHuston@perkinscoie.com
    Telephone: +1.602.351.8000