## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

GOUYEN BROWN LOPEZ, SINETTA LOPEZ, on behalf of herself and her minor child L.B., NOMIE BROWN, and ANGELA KINSEY, on behlaf of herself and her minor children V.K. and M.K.,

          Plaintiffs,

    v.

UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF AGRICULTURE, UNITED STATES FOREST SERVICE, BROOKE ROLLINS and TOM SCHULTZ,

          Defendants.

Civil Action No. 25-CV-02408

## CORPORATE DISCLOSURE STATEMENT

Proposed Defendant-Intervenor, Resolution Copper Mining, LLC provides the following disclosure statement under Rule 26.1(a) of the Federal Rules of Civil Procedure.

Proposed Defendant-Intervenor, Resolution Copper Mining, LLC is a Delaware limited liability company owned by Resolution Copper Company, a Delaware corporation, and BHP Copper Inc., a Delaware corporation. Resolution Copper Company serves as the manager of Resolution Copper Mining LLC.

More than ten percent of Resolution Copper Company is owned by Rio Tinto America Inc., which is a subsidiary of the Rio Tinto Group. The Rio Tinto Group is composed of two publicly traded companies, Rio Tinto plc (registered in the United Kingdom) and Rio Tinto Limited (registered in Australia).

BHP Copper Inc. is a subsidiary of the BHP Group. The BHP Group is a subsidiary of BHP Group Limited (registered in Australia).

Dated:  July 25, 2025.

Respectfully submitted,

**PERKINS COIE LLP**

By:  */s/ Michael R. Huston*
  Michael R. Huston (D.C. Bar No. 1012841)
  PERKINS COIE LLP
  2525 E. Camelback Road, Suite 500
  Phoenix, Arizona 85016-4227
  MHuston@perkinscoie.com
  Telephone: +1.602.351.8000

  *Counsel for Proposed Defendant-Intervenor*
  *Resolution Copper Mining LLC*

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that, on July 25, 2025, I electronically transmitted the attached documents to the clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Christian J. Myers
Madeline Bergstrom
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Ave. NW, Suite 900
Washington, DC 20001
josh.myers@nelsonmullins.com
madeline.bergstrom@nelsonmullins.com

Miles E. Coleman
NELSON MULLINS RILEY & SCARBOROUGH LLP
2 W. Washington Street, Suite 400
Greenville, SC 29601
miles.coleman@nelsonmullins.com

Jeffrey A. Wald
NELSON MULLINS RILEY & SCARBOROUGH LLP
380 Knollwood Street, Suite 530
Winston-Salem, NC 27103
jeff.wald@nelsonmullins.com

*Counsel for Plaintiffs*

*/s/ Michael R. Huston*
PERKINS COIE LLP

123734.0008\182886664.1