IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOPEZ, et al., *Plaintiffs*, v. UNITES STATES OF AMERICA, et al., *Federal Defendants*. | Case No. 1:25-cv-02408-TJK |

## NOTICE OF APPEARANCE

I, Angela N. Ellis, provide notice of my appearance as counsel in this matter for Federal Defendants. I am a member in good standing of the bar of the District of Columbia and am admitted to practice before this Court. My mailing address is:

    Angela N. Ellis
    U.S. Department of Justice
    Environment & Natural Resources Division
    Natural Resources Section
    Ben Franklin Station
    P.O. Box 7611
    Washington, D.C. 20044-7611

Submitted July 28, 2025,

    ADAM R.F. GUSTAFSON
    Acting Assistant Attorney General
    U.S. Department of Justice
    Environment & Natural Resources Division

    */s/ Angela N. Ellis*
    ANGELA ELLIS (DC Bar No. 1670713)
    Trial Attorney

Natural Resources Section
150 M St. NE, Third Floor
Washington, D.C. 20002
(202) 598-7942
Angela.Ellis@usdoj.gov