IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOUYEN BROWN LOPEZ, et al.,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>UNITES STATES OF AMERICA, et al.,<br><br>   *Federal Defendants*. | Case No. 1:25-cv-02408-TJK |

**NOTICE OF APPEARANCE**

To the Clerk of the Court and all parties of record:

Please enter the appearance of Gregory M. Cumming as counsel for Federal Defendants.

Service of all papers by U.S. Mail should be addressed as follows:

>Gregory M. Cumming
>Senior Attorney
>United States Department of Justice
>Environment & Natural Resources Division
>Natural Resources Section
>P.O. Box 7611
>Washington, D.C. 20044-7611
>(202) 598-0414
>gregory.cumming@usdoj.gov

Overnight and hand deliveries should be addressed to:

>Gregory M. Cumming
>Senior Attorney
>United States Department of Justice
>Environment & Natural Resources Division Natural Resources Section
>150 M St., N.E., Room 3.139
>Washington, D.C. 20002

Respectfully submitted this 1st day of August, 2025,

        ADAM R.F. GUSTAFSON
        Acting Assistant Attorney General
        United States Department of Justice
        Environment & Natural Resources Division

        */s/ Gregory M. Cumming*

        Gregory M. Cumming (D.C. Bar No. 1018173)
        United States Department of Justice
        Environment & Natural Resources Division
        Natural Resources Section
        150 M St., N.E.
        Washington, D.C. 20002
        (202) 598-0414
        gregory.cumming@usdoj.gov

        *Counsel for Federal Defendants*