UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GOUYEN BROWN LOPEZ et al.,

    *Plaintiffs*,

v.

UNITED STATES OF AMERICA et al.,

    *Defendants*.

Civil Action No. 25-2408 (TJK)

## ORDER

For the reasons set forth in the Court's accompanying Memorandum, it is hereby **ORDERED** that Defendants' Motion to Transfer Venue, ECF No. 7, and Intervenor-Defendant's Motion to Transfer Venue, ECF No. 12, are **GRANTED**. It is further **ORDERED** that this case shall be **TRANSFERRED FORTHWITH** to the District of Arizona.

    **SO ORDERED.**

                                /s/ Timothy J. Kelly
                                TIMOTHY J. KELLY
                                United States District Judge

Date: August 1, 2025